**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Corey Nickerson v. The State of Texas

Appellate case numbers:  01-15-00764-CR; 01-15-00765-CR; 01-15-00766-CR

Trial court case numbers: 1404004; 1416652; 1459622

Trial court:              176th District Court of Harris County

The clerk's record in the above-referenced appeals do not comport with the Texas Rules of Appellate Procedure because they do not contain the trial court's certification of appellant's right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1.

The trial court clerk is directed to prepare, certify, and file in this Court a supplemental clerk's record in each cause containing the trial court's certification of appellant's right of appeal. *See* TEX. R. APP. P. 34.5(a)(12). The supplemental records should be filed on or before November 24, 2015. *See* TEX. R. APP. P. 37.1.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☒ Acting individually

Date: November 5, 2015